NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRYL L. COOK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5049

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00870-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

**O R D E R**

In response to Darryl L. Cook's motion to re-open his appeal, on July 29, 2014, this court ordered Mr. Cook to submit Form 6, Form 6A, and his informal brief within 30 days of the date of that order to re-open his appeal.  Mr. Cook has now filed a "Motion for Reconsideration, Reverse Dismissal," which appears to be directed to this court's July 1, 2014 dismissal order and not this court's July 29, 2014 order.

2                                                    COOK v. US

Upon consideration thereof,

IT IS ORDERED THAT:

If Mr. Cook complies with the requirements of this court's July 29, 2014 order, the mandate will be recalled, this court's July 1, 2014, dismissal order will be vacated, and this appeal will be re-opened.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30